EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| El Pueblo de Puerto Rico<br><br>Recurrido<br><br>v.<br><br>Roberto Vera Monroig<br><br>Peticionario | Certiorari<br><br>2007 TSPR 224<br><br>172 DPR _____ |

Número del Caso: CC-2007-815


Fecha: 13 de diciembre de 2007


Tribunal de Apelaciones:

Región Judicial de Utuado-Panel XI

Juez Ponente:

Hon. Carmen A. Pesante Martínez


Abogado de la Parte Peticionaria:

Lcdo. José A. Rubio Pitre


Abogado de la Parte Recurrida:

Lcdo. César López Cintrón


Materia: Art. 105 Código Penal


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


El Pueblo de Puerto Rico

       Recurrido

         v.

Roberto Vera Monroig                CC-2007-815

       Peticionario


RESOLUCION

San Juan, Puerto Rico, a 13 de diciembre de 2007.

Examinadas la "Solicitud en Auxilio de Jurisdicción" y la "Moción en Solicitud de Reconsideración", presentadas por la parte peticionaria, se declara no ha lugar a ambas.

Notifíquese por teléfono, facsímil y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López reconsideraría, reservándose el derecho de emitir un Voto Disidente en el presente caso, el cual certificará en o antes del lunes 17 de diciembre de 2007. El Juez Asociado señor Rivera Pérez reconsideraría.


                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo